# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PONTCHARTRAIN NATURAL GAS
SYSTEM, K/D/S PROMIX,
L.L.C., AND ACADIAN GAS
PIPELINE SYSTEM

NO.   2020 CW 1179

VERSUS

TEXAS BRINE COMPANY, LLC

**APRIL 01, 2021**

---

In Re:    Texas Brine Company, LLC, applying for rehearing, 23rd
          Judicial District Court, Parish of Assumption, No.
          34265.

---

**BEFORE:    McDONALD, PENZATO, AND LANIER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

                    JMM
                    AHP
                    WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT